**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mark Steinberg,<br><br>Plaintiff,<br><br>v.<br><br>Freedman, Anselmo, Lindberg, LLC<br>c/o Thomas J. Anselmo<br>1771 W. Diehl Road, Suite 150<br>Naperville, IL 60563,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**<br><br>**Jury Demand Included** |

Now come Plaintiffs, by and through their attorneys, and for their Complaint, allege as follows:

**<u>JURISDICTION AND VENUE</u>**

1- Plaintiffs bring this action for damages, and other legal and equitable remedies, resulting from the illegal actions of Defendants practices under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. (ñFDCPAò).

2- This Court has jurisdiction under 28 U.S.C. §1331 (general federal question), §1337, 15 U.S.C. § 1692k(d) (FDCPA).

3- Venue in this District is proper because defendant transacts business here.

**<u>PARTIES</u>**

4- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the ñDebtò).

5- Plaintiff is a resident of the State of the Florida.

6- Defendant is a private entity with its principal office in the State of Illinois.

7- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

8- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

9- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

10- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

**FACTS**

11- In August 2012, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

12- Despite the bankruptcy filing, on or around January 26, 2015, Defendant sent Plaintiff a letter to collect the Debt.

13- Defendant damaged Plaintiff.

14- Defendant violated the FDCPA.

**COUNT I**

15- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC § 1692e(2) by attempting to collect a debt that Defendant knew, or should have known, was included in Plaintiffôs bankruptcy, thereby misrepresenting the legal status of the debt.

**COUNT II**

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Defendant violated 15 USC § 1692e(10) by falsely representing to Plaintiff that it could collect a debt that Defendant knew, or should have known, was included in Plaintiffôs bankruptcy.

## COUNT III

19- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

20- Defendant violated 15 USC § 1692f by unfairly and unconscionably trying to collect a debt that Defendant knew, or should have known, was included in Plaintiffôs bankruptcy.

## COUNT IV

21- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

22- Defendant violated 15 USC § 1692c(a)(2) by communicating with a consumer after Defendant knew, or should have known, that Plaintiff was represented by an attorney regarding the debt.

## JURY DEMAND

23- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

24- Plaintiff prays for the following relief:

a- Judgment against Defendant for Plaintiffôs actual damages, as determined at trial, suffered as a direct and proximate result Defendantôs violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

b- Judgment against Defendant for ($1,000 in statutory damages for Defendantôs violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

c- Judgment against Defendant for Plaintiffôs reasonable attorneysô fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

d- Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*

Richard J. Meier, Esq.
53. W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
richard@meierllc.com
*Attorney for Plaintiff*